JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ALEX FLORES, by and through successors in interest, Alejandro Flores and Eloina Frutoso; ALEJANDRO FLORES, individually; ELOINA FRUTOSO, individually, and GABRIELLA MENDOZA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; STEVEN RUIZ; and DOES 1 to 10,<br><br>Defendants. | 2:20-cv-06909-FMO-E<br>[*Assigned the Hon. Judge Fernando M. Olguin and Magistrate Judge Charles F. Eick*]<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFFS' FEDERAL CAUSES OF ACTION AND PERMITTING PLAINTIFFS TO PURSUE STATE-LAW CLAIMS IN STATE COURT PER FRCP 41(a)(1)(A)(ii)** |

The Court having considered the parties' stipulation, and good cause appearing therefore, the Joint Stipulation to Dismiss Plaintiffs' Federal Claims under FRCP

1

**ORDER on Stipulation to Dismiss Federal Claims**

41(a)(1)(A)(ii) is granted. Specifically, the following causes of action are now dismissed with prejudice as to all defendants:

1. First Claim for Excessive Force/Unreasonable Seizure (42 U.S.C. § 1983),
2. Second Claim for Municipal Liability for Unconstitutional Customs and Practices (42 U.S.C. § 1983), and,
3. Third Claim for Interference with Familial Integrity Substantive Due Process Violation (42 U.S.C. § 1983)

It is further Ordered that pursuant to 28 U.S.C. §1367, Plaintiffs' state-law claims can be pursued in the California Superior Court within 30 days of this Order. Plaintiffs will not present any new claims or add any new defendants in the California Superior Court case.

It is further Ordered that the depositions taken during discovery in this case can be used during the California Superior Court case and shall not be taken again through discovery in the state court action.

Finally, it is further Ordered that the case shall go to the California Superior Court in its current procedural status. Specifically, the parties have concluded fact and expert discovery, and neither fact nor expert discovery will reopen for any purpose in the state court.

All parties are to bear their own costs arising out of these dismissals.

IT IS SO ORDERED.

Dated: September 13, 2021   By: /s/ _____
The Honorable Fernando M. Olguin
United States District Court Judge